1  Zheng "Andy" Liu (CBN 279327)
   *Aptum Law*
2  1660 South Amphlett Blvd Suite 315
3  San Mateo, CA 94402
   Tel.: (650) 475-6289
4  Email: Andy.Liu@AptumLaw.us
5
   *Attorney for Debtor Bin Zhang*
6

7
8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 | In re | Case No. 6:25-bk-19302 |
12 | Bin Zhang | Chapter 7 |
13 |  |  |
14 |  | **DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS** |
15 | Debtor. |  |

16
17
18
19
20        Debtor Bin Zhang respectfully represents:
21
22        1.    On December 30, 2025, Debtor filed a skeletal petition in this
23 Chapter 13 case.
24        2.    By January 13, 2026, Debtor is required to file the full petition .
25
26        3.    Since December 30, 2025, Debtor has been preparing the full
27 petition, but Debtor is delayed due to the unavailability of several creditors to provide
28

---

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

1

necessary information for the required schedules.

4. Debtor thus respectfully requests an extension until February 10, 2026 to finalize and file the required documents.

5. This is Debtor's first extension request.

WHEREFORE, Debtor prays for an order extending time to file the required documents until February 10, 2026.

Dated: January 13, 2026                    Respectfully submitted,

*[signature: Zheng Liu]*

---
Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd
Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Bin Zhang*

---

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

2

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those show. On the Notice of Electronic Filing receipt issued by the Clerk of Court, by personal delivery and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to ensure delivery to its destination on the following:

**DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**

Dated: January 13, 2026

By: _____
Oscar Lam
Law Clerk to Attorney Zheng Liu