Zheng "Andy" Liu (CBN 279327)
Aptum Law
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289

*Attorney for Debtor Bin Zhang*

**FILED & ENTERED**

**JAN 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIN ZHANG,<br><br>Debtor. | Case No. 6:25-bk-19302-SY<br><br>Chapter 7<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS** |

The court has reviewed the Debtors Motion to Extend Time to File Required Documents ("Motion") [Docket no. 14] filed on January 13, 2026. No good cause appearing,

///

///

///

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

1

1  **IT IS HEREBY ORDERED** that the Motion is denied.

2  ###

24  Date: January 14, 2026

Scott H. Yun
United States Bankruptcy Judge

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

2