| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zheng "Andy" Liu (SBN 279327)<br>Aptum Law<br>1660 S Amphlett Blvd Suite 315<br>San Mateo, CA 94402<br>Tel.: (650) 475-6289<br>Email: Andy.Liu@AptumLaw.us | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Bin Zhang | CASE NO.:  6:25-bk-19302 |
|---|---|
| | CHAPTER: 7 |
| | **DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE**<br><br>[LBR 2090-1(a)(3)] |
| Debtor(s). | |

1. **Compensation Arrangement**. Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

    a. I am the attorney for the Debtor.

    b. Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

        i. For legal services, I have agreed to accept ☐ an hourly rate of $_____; or a ☒ flat fee of $2500_____

        ii. ☒ Prior to filing this disclosure I received $ 2500_____

        iii. ☒ The balance due is $ 0_____

2. **Source of Compensation Paid Postpetition (Postpetition Compensation)**.

    a. **Already Paid**. The source(s) of the Postpetition Compensation paid to me was:

        ☐ Debtor(s)     ☐ Other (*specify*): _____

    b. **To be Paid**. The source(s) of the Postpetition Compensation to be paid to me is:

        ☒ Debtor(s)     ☐ Other (*specify*): _____

3. **Sharing of Compensation Paid Postpetition**.

    ☒ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10).  Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Limited Scope of Services**.  A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge.  In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

   a. **Services required to be provided:**

      i. Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

      ii. Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

      iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

   b. ☒ **Additional legal services I will provide:**

      i. ☒ Any proceeding related to relief from stay motions.

      ii. ☒ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

      iii. ☒ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

      iv. ☒ Reaffirmation of a debt.

      v. ☒ Any lien avoidance under 11 U.S.C. § 522(f)

      vi. ☐ Other *(specify)*:

5. If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

    I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

*Date:* 01/26/2026

_____
*Signature of attorney for the Debtor*

Zheng "Andy" Liu
_____
*Printed name of attorney*

Aptum Law
_____
*Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

    I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above.  I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

*Date:* 01/26/2026                *Date:* _____

_____      _____
*Signature of Debtor 1*                *Signature of Debtor 2 (Joint Debtor)(if applicable)*

Bin Zhang
_____      _____
*Printed name of Debtor 1*             *Printed name of Debtor 2*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.