**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Thursday, March 5, 2026**                                               **Hearing Room**    **302**

<u>9:30 AM</u>
**6:25-19302**     **Bin Zhang**                                                  **Chapter 7**

Telephonic Hearing

    **#2.00**    U.S. Trustee's Motion to Compel Attorney
               to Disclose Compensation

               **Ali Matin to appear by telephone (951)276-6990** /UST

                        Docket     19

    **Matter Notes:**

       **GRANTED:** _____     **DENIED:** _____

       **CONT'D. TO:**    5-14-26 @ 9:30am

           **Briefing filed:** _____

           **Opposition filed:** _____

           **Reply filed:** _____

    **WITHDRAWN:** _____

           **Order Lodged by:** _____

**Tentative Ruling:**

    ~~DENY as moot. Counsel filed the disclosure of compensation on 1/26/26.~~

    APPEARANCES WAIVED.

| Party Information |
|---|

**Debtor(s):**

    Bin Zhang                                          Represented By
                                                    Zheng Liu