```
PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
ALI MATIN, SBN 268452
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:        ali.matin@usdoj.gov
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>          Debtor. | Case No. 6:25-bk-19302-SY<br><br>Chapter 7<br><br>**NOTICE OF CONTINUANCE OF HEARING RE: MOTION TO COMPEL ATTORNEY TO DISCLOSE COMPENSATION UNDER 11 U.S.C. § 329 AND FED. R. BANKR. PROC. 2016**<br><br><u>Hearing Information</u><br>Date:  May 14, 2026<br>Time:  9:30 a.m.<br>Place:  Courtroom 302<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

1

**TO THE HONORABLE SCOTT YUN, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the *Motion to Compel Attorney to Disclose Compensation Under 11 U.S.C. § 329 and Fed. R. Bankr. Proc. 2016*, filed by the United State Trustee for the Central District of California, Region 16, is CONTINUED to May 14, 2026, at 9:30 a.m. in Courtroom 302 of United States Bankruptcy Court located at 3420 12th St, Riverside, California 92501.

Dated: March 13, 2026

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Abram S. Feuerstein
Abram S. Feuerstein
Assistant United States Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Notice Of Continuance Of Hearing Re: Motion To Compel Attorney To Disclose Compensation Under 11 U.S.C. § 329 And Fed. R. Bankr. Proc. 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Electronic Mail Notice List.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Bin Zhang
33276 Alagon St
Temecula, CA 92592

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(Overnight Mail)
Judge's Copy
Hon. Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2026 | Adela M. Salgado | */s/ Adela M. Salgado* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:25-bk-19302-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joseph C Delmotte**     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Abram Feuerstein**     abram.s.feuerstein@usdoj.gov
- **Todd A. Frealy (TR)**     taftrustee@lnbyb.com, taf@trustesolutions.net
- **Zheng Liu**     Andy.Liu@AptumLaw.us, 4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.