# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, May 14, 2026**                                    **Hearing Room**    **302**

9:30 AM
**6:25-19302   Bin Zhang**                                                  **Chapter 7**

#4.00   U.S. Trustee's Motion to Refund Fees

Docket    26

**Matter Notes:**

GRANTED:  _✓_____        DENIED:  _____

CONT'D. TO:        _____

    Briefing filed:        _____

    Opposition filed:        _____

    Reply filed:        _____

WITHDRAWN:        _____

    Order Lodged by:  _*UST*_____

**Tentative Ruling:**

GRANT.

APPEARANCES WAIVED. No opposition has been filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

| Party Information |
| --- |

**Debtor(s):**

Bin  Zhang                              Represented By
                                       Zheng  Liu

**Movant(s):**

United States Trustee (RS)              Represented By