# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, May 14, 2026**                                      **Hearing Room      302**

9:30 AM
6:25-19302    **Bin Zhang**                                                      Chapter 7

Telephonic Hearing

#5.00      CONT'D U.S. Trustee's Motion to Compel Attorney
to Disclose Compensation

**FR. 3/5/26**

**Ali Matin to appear by telephone (951)276-6990** JUST

Docket      19

**Matter Notes:**

GRANTED: _____      DENIED: _____

CONT'D. TO: _____

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: ✓ _____

Order Lodged by: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Bin Zhang                                    Represented By
                                             Zheng Liu