PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone: (951) 276-6990
Facsimile: (951) 276-6973
Email: Abram.S.Feuerstein@usdoj.gov

FILED & ENTERED

JUN 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

BIN ZHANG,

Debtors.

Case No. 6:25-bk-19302-SY

Chapter 7

**ORDER GRANTING MOTION TO REFUND FEES UNDER 11 U.S.C. § 329 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016**

Hearing:
Date: May 14, 2026
Time: 9:30 a.m.
Place: Courtroom 302
3420 Twelfth Street
Riverside, CA 92501

The *Motion to Refund Fees Under 11 U.S.C. § 329 and Federl Rule of Bankruptcy Procedure 2016* ("Motion") [Docket no. 26] filed on April 16, 2026 by Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), was set for hearing on May 14, 2026 at 9:30 a.m. The court posted a tentative ruling granting the Motion and waiving appearances. Having considered the Motion and the supporting evidence, and for good cause shown, the court adopted the tentative ruling at the hearing as follows,

///

///

IT IS ORDERED that the Motion is granted as follows:

1. Any legal fee agreement between attorney Zheng “Andy” Liu of Aptum Law (“Counsel”) and debtor Bin Zhang (“Debtor”) is hereby canceled. No further fees are owed by Debtor to Counsel.

2. Counsel shall refund $2,500 in legal fees to Debtor (“Refund”). The Refund shall be paid by U.S. Postal Service money order and transmitted by certified mail, return receipt requested, to Debtor at 33276 Alagon St., Temecula, California 92592.

3. Absent alternative payment arrangements by the parties, the Refund shall be paid within 30 days of the entry of this order.

4. Counsel shall file a declaration with the court within seven days of paying the Refund confirming that the payment was made.

###

Date: June 17, 2026

Scott H. Yun
United States Bankruptcy Judge