United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 25-19302-SY

Bin Zhang                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                    Page 1 of 1

Date Rcvd: Jun 17, 2026                  Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID                     Recipient Name and Address**
db                    +  Bin Zhang, 33276 Alagon St, Temecula, CA 92592-1327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

**Name                          Email Address**

Abram Feuerstein, esq
                              on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov

Joseph C Delmotte
                              on behalf of Creditor Nationstar Mortgage LLC ecfcacb@aldridgepite.com
                              JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Todd A. Frealy (TR)
                              taftrustee@lnbyb.com  taf@trustesolutions.net

United States Trustee (RS)
                              ustpregion16.rs.ecf@usdoj.gov

Zheng Liu
                              on behalf of Debtor Bin Zhang Andy.Liu@AptumLaw.us
                              4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com

TOTAL: 5

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Abram.S.Feuerstein@usdoj.gov

**FILED & ENTERED**

**JUN 17 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>       Debtors. | Case No. 6:25-bk-19302-SY<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO REFUND FEES UNDER 11 U.S.C. § 329 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016**<br><br>Hearing:<br>Date:    May 14, 2026<br>Time:    9:30 a.m.<br>Place:   Courtroom 302<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

The *Motion to Refund Fees Under 11 U.S.C. § 329 and Federl Rule of Bankruptcy Procedure 2016* ("Motion") [Docket no. 26] filed on April 16, 2026 by Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), was set for hearing on May 14, 2026 at 9:30 a.m. The court posted a tentative ruling granting the Motion and waiving appearances. Having considered the Motion and the supporting evidence, and for good cause shown, the court adopted the tentative ruling at the hearing as follows,

///

///

IT IS ORDERED that the Motion is granted as follows:

1.    Any legal fee agreement between attorney Zheng "Andy" Liu of Aptum Law ("Counsel") and debtor Bin Zhang ("Debtor") is hereby canceled. No further fees are owed by Debtor to Counsel.

2.    Counsel shall refund $2,500 in legal fees to Debtor ("Refund"). The Refund shall be paid by U.S. Postal Service money order and transmitted by certified mail, return receipt requested, to Debtor at 33276 Alagon St., Temecula, California 92592.

3.    Absent alternative payment arrangements by the parties, the Refund shall be paid within 30 days of the entry of this order.

4.    Counsel shall file a declaration with the court within seven days of paying the Refund confirming that the payment was made.

###

Date: June 17, 2026

Scott H. Yun
United States Bankruptcy Judge

-2-