Zheng "Andy" Liu (CBN 279327)
***Aptum Law***
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Bin Zhang*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Bin Zhang<br><br>Debtor. | Case No. 6:25-bk-19302<br><br>Chapter 7<br><br>**DECLARATION OF ZHENG "ANDY" LIU RE [31]** |

I, Zheng "Andy" Liu, declare as follows:

1. A refund of $2,500 in legal fees has been issued to Debtor Bin Zhang pursuant to Dkt. 31.

I declare under the penalty of perjury under the laws of United States that the foregoing is true and correct.

Dated: September 10, 2026

Respectfully submitted,

Zheng "Andy" Liu (CBN 279327)
***Aptum Law***
1660 South Amphlett Blvd
Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Bin Zhang*